HARRISON.
November 1816

Jones
v.
Temple.

1st Dallas 308,
457.

---

## JONES vs. TEMPLE.

By the return to a certiorari it must appear that the inferior court had jurisdiction, or the judgment of such court will be reversed.

CERTIORARI, to Paul Preston, Esq., a justice of the peace.

The following transcript was returned, viz.: "Summons returned "August 31, 1816, defendant appeared and was not ready for trial, and "it is put off until 7th day of Sept. next. Sept. 7th, parties appeared, "and after hearing the several proofs judgment is given in favor of "plaintiff, for $5 18 cents."

PRESIDENT.—It is necessary that it should appear by the transcript that the subject matter of the suit was within the jurisdiction of a justice of the peace, that jurisdiction being a limited one; it does not appear here for what the suit was brought. Let the judgment of the justice, therefore, be reversed.